**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6714**

———————

ROBERT J. CAPROOD,

Plaintiff - Appellant,

versus

MICHAEL W. MOORE; WILLIAM D. CATOE; LAURIE F.
BESSINGER; THOMAS MCCANTS; VAUGHN JACKSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, District
Judge.  (CA-98-603-0-22BD)

———————

Submitted:  August 27, 1998        Decided:  September 17, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert J. Caprood, Appellant Pro Se.  Andrew Frederick Lindemann,
DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a preliminary injunction. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Caprood v. Moore, No. CA-98-603-0-22BD (D.S.C. May 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED